Bailey & Orozco, LLC
Michael Orozco, Attorney for Defendant
744 Broad Street, Suite 1901
Newark, N.J. 07102
(973) 693-4408

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Case No.: 11-735

v.

JAIME GARCIA

**CONSENT ORDER SETTING AMENDED CONDITIONS OF BAIL**

Honorable Susan Wigenton, United States District Judge

The Court orders the defendant's bail conditions, previously set on June 8th, 2011, and then further amended by way of a consent order on October 14, 2011, be amended by way of agreement between the defendant and the Government as set forth below:

Defendant's curfew shall be extended to 8:00 pm daily so as to allow him visitation with his youngest child.

All other bail conditions shall remain in full force and effect.

SO ORDERED

DATED: December 19, 2011

Honorable Susan Wigenton
United States District Judge

Agreed as to form:

Barbara Hutchinson
Barbara Hutchinson, New Jersey Pre Trial Services

*signature*
Mary E. Toscano,
Special Assistant United States Attorney